COM.

v.

VIRGILE, J.

2523 EDA 2015

Superior Court of Pennsylvania.

05/22/2017

CP–51–CR–0000982–2012 (Philadelphia)

Affirmed

COM.

v.

SALLEY, A.

2750 EDA 2015

Superior Court of Pennsylvania.

05/22/2017

CP–51–CR–0603761–1986 (Philadelphia)

Affirmed

COM.

v.

DENNIS, R.

3122 EDA 2015

Superior Court of Pennsylvania.

05/22/2017

CP–51–CR–0003567–2012 (Philadelphia)

Affirmed

COM.

v.

SNEAD, S.

3444 EDA 2015

Superior Court of Pennsylvania.

05/22/2017

CP–51–CR–0013827–2012 (Philadelphia)

Affirmed

COM.

v.

BROWN, S.

545 EDA 2016

Superior Court of Pennsylvania.

05/22/2017

CP–51–CR–0000850–2010, CP–51–CR–0000851–2010, CP–51–CR–0000852–2010, CP–51–CR–0000853–2010, CP–51–CR–0000854–2010 (Philadelphia)

Affirmed